THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Allen Wright, Appellant,
 
 
 

v.

 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Deborah Brooks Durden, Administrative Law
Court Judge

Unpublished Opinion No. 2012-UP-294  
 Submitted April 2, 2012 – Filed May 16,
2012

AFFIRMED

 
 
 
 Allen Wright, pro se.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Allen Wright appeals the dismissal of his inmate disciplinary
 action by the Administrative Law Court (ALC), arguing the ALC's summary dismissal
 was in error.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-610(B) (Supp. 2011) (limiting reversal of the ALC's decision unless
 "in violation of constitutional or statutory provisions; . . . affected by
 other error of law; . . . [or] arbitrary or capricious or characterized by
 abuse of discretion or clearly unwarranted exercise of discretion"); Slezak
 v. S.C. Dep't of Corr., 361 S.C. 327, 331, 605 S.E.2d 506, 508 (2005)
 (holding the ALC has the discretion to summarily dismiss inmate grievance
 appeals that do "not implicate a state-created liberty or property
 interest"); Sandin v. Conner, 515 U.S. 472, 484 (1995)
 ("[State-created liberty] interests will be generally limited to freedom
 from restraint which . . . imposes atypical and significant hardship on the
 inmate in relation to the ordinary incidents of prison life.").
AFFIRMED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.